```
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff
Third Estate LLC, dba mnml
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Third Estate LLC, dba mnml,<br><br>  Plaintiff,<br><br>  v.<br><br>Scott Wilson Design Ltd. an Illinois Corporation; and DOES 1 through 10,<br><br>  Defendants. | Case No. 2:16-cv-16-9413<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff Third Estate LLC ("Third Estate"), in its Complaint against Scott Wilson Design Ltd. ("Defendant" or "SWD"), alleges as follows:

### NATURE OF ACTION

1. This is an action for a Declaratory Judgment and other relief brought under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-02. Third Estate seeks a judgment declaring that has not infringed upon Defendant's trademark rights.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, et seq.

3. This Court has personal jurisdiction over SWD because SWD is doing business in this State and/or has sufficient minimum contacts with this State to support the exercise of personal jurisdiction.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

**THE PARTIES**

5. Third Estate is an Indiana Limited Liability Company, whose headquarters and principal place of business are located at 1451 East Fourth Street, Los Angeles, California.

6. Third Estate operates, *inter alia*, under the trade name "m n m l" and sells clothing, including denims, tank tops, short and long sleeve shirts, sweatshirts and headwear under the m n m l mark ("m n m l Mark").

7. Upon information and belief, Defendant SWD is an Illinois Corporation, headquartered in Chicago and having a place of business in San Francisco, California. Upon information and belief, Defendant SWD offers design services for products related to home and home accessory design, as more fully described below.

8. Third Estate is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 10, inclusive, or any of them, and therefore sues these Defendants, and each of them, by such fictitious names. Third Estate is informed and believes and thereon alleges that each of the DOE Defendants is responsible for the claims and damages alleged herein and each DOE Defendant is jointly and severely liable with all other Defendants. Third Estate will seek leave of Court to amend this Complaint when the identities of these Defendants are ascertained.

**FACTUAL BACKGROUND**

9. Defendant is the purported owner of trademark registration No. 4,486,458 (the "'458 Registration") over the mark MNML ("MNML Mark") for goods and services under International Class ("IC") 25 for "shirts, sweatshirts;

1  [and] headgear," and under IC 42 for the following:

> Engineering design services; New product design services; Design and testing for new product development; Design and testing of new products for others; Product development and engineering services for others; Custom design and development of computer hardware for others; Consulting services in the field of computer hardware design; Custom design and development of products for others in the field of consumer goods; Custom design and development of products for others for use in the medical industry; Custom design and development of products for others for use in the entertainment industry; Custom design and development of industrial products for sale by others.

10. SWD filed the '458 Registration on April 5, 2012 on an "intent to use" basis and converted it to actual use on November 13, 2013. The '458 Registration registered on February 18, 2014.

11. Upon information and belief, SWD has not used the MNML Mark in commerce in connection with apparel as required under the trademark laws. Defendant has a sophisticated website that advertises a wide array of goods and services, including "Tech, Furniture, Housewares, Medical, Lifestyle, Digital, Branding, Transportation, Environment Protection and Incubation." *See* http://www.mnml.com/branding.  Upon information and belief, Defendant does not and has not advertised or sold "shirts, sweatshirts; [and] headgear" in interstate commerce.

12. Upon information and belief, SWD has engaged in a course of conduct that has caused the MNML Mark to lose significance as an indication of source as to "shirts, sweatshirts; [and] headgear," including by failing to police the MNML Mark for us in connection with these goods.

13. Upon information and belief, as of November 13, 2013, Defendant has not made bona fide use of the "MNML" mark in commerce as to the IC 25 goods that are the subject of the '458 Registration consistent with the trademark laws.

14. On December 6th, 2016, SWD caused a letter to be sent to Third

1  Estate alleging that Third Estate infringed SWD's trademark rights.  A true and
2  correct copy of that letter is attached hereto as Exhibit A.   The letter threatened
3  legal action if Third Estate did not cease and desist from using Third Estate's
4  m n m l Mark by December 19th.

5       15.     SWD's allegations have hindered and continue to hinder Third
6  Estate's ability to continue to advertise, market, offer for sale, and sell apparel
7  under the m n m l Mark.

8       16.     By virtue of the foregoing, Third Estate is compelled to seek a
9  declaration from this Court that Third Estate has not infringed SWD's trademark
10  rights in connection with apparel sold by Third Estate, and that such rights as to IC
11  25 are invalid and/or unenforceable.

## COUNT I

## DECLARATION OF NON-INFRINGEMENT AND/OR INVALIDITY, UNENFORCEABILITY

15       17.     Third Estate repeats and re-alleges each allegation contained in
16  paragraphs 1 through 16 as if set forth in full herein.

17       18.     There is an actual and substantial controversy between Third Estate
18  and SWD of sufficient immediacy and reality to warrant the rendering of a
19  declaratory judgment by this Court.

20       19.     Third Estate has advertised, marketed and/or offered for sale clothing
21  alleged by SWD to have infringed its purported trademark rights

22       20.     The allegations against Third Estate cause uncertainty as to its rights,
23  likely leading Third Estate to lose revenues and/or business opportunities.

24       21.     Third Estate is informed and believes that Defendant has abandoned
25  and failed to police and/or enforce its trademark rights as to IC 25 goods and thus,
26  Third Estate's use of the m n m l Mark cannot constitute infringement.

27       22.     Third Estate is informed and believes that it has not violated any
28  purported rights of SWD, and is not liable to SWD for trademark infringement or

1  any other federal, state, or common law causes of action, in law or in equity.

2      23.    Third Estate is entitled to a judgment declaring that it has not violated
3  any purported rights of SWD under federal, state or common law and is not liable
4  to SWD for any claims, including any claim of trademark infringement.

5      24.    Third Estate is also entitled to a judgement cancelling Defendant's
6  '458 registration as to IC 25 goods.

7      25.    A judicial declaration is necessary and appropriate at this time so that
8  the parties may proceed in accordance with their respective rights as determined
9  by the Court.

10  **WHEREFORE,** Third Estate prays for a judgment against SWD as follows:

11  A.    For judgment declaring that Third Estate has not infringed or
12  otherwise violated any purported rights of SWD under federal, state, or common
13  law laws;

14  B.    For judgment declaring that SWD's trademark rights under '458
15  Registration are invalid, void, and/or unenforceable as to IC 25 goods; and

16  C.    For judgment granting Third Estate its costs and reasonable attorneys'
17  fees, together with such further legal and equitable relief as the Court may deem
18  just and proper.

Dated:  December 20, 2016    **ROBINS KAPLAN LLP**

By:  /s/ David Martinez
     David Martinez
**Attorneys for Plaintiff, Third Estate LLC, dba mnml**

**DEMAND FOR JURY TRIAL**

Third Estate demands a jury trial, on all issues so triable, pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: December 20, 2016     **ROBINS KAPLAN LLP**

By: /s/ David Martinez
       David Martinez
**Attorneys for Plaintiff, Third Estate LLC, dba mnml**